RECEIVED

OCT 28 2020

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * 3:20-cr-00243-01 |
| VERSUS | * Judge Doughty |
| GREGORY D. GIX | * Magistrate Judge Hayes |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Prohibited Person in Possession of a Firearm
[18 U.S.C. § 922(g)(1)]

On or about January 9, 2020, in the Western District of Louisiana, the defendant, **Gregory D. Gix**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to-wit: a Glock, Model: 19, Caliber 9mm, pistol, with a machinegun-conversion device attached, and the firearm was in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

### COUNT 2
Possession of an Unregistered Firearm
[26 U.S.C. § 5861(d)]

On or about January 9, 2020, in the Western District of Louisiana, the defendant, **Gregory D. Gix**, did knowingly possess a firearm, to-wit: a machinegun as defined in 26 U.S.C. § 5845(b), and which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871. [26 U.S.C. § 5861(d)].

**COUNT 3**
Possession of a Machine Gun
[18 U.S.C. §§ 922(o) and 924(a)(2)]

On or about January 9, 2020, in the Western District of Louisiana, the defendant, **Gregory D. Gix**, did knowingly possess a machinegun, to wit, said Glock pistol described in Count 1, which contained a conversion device that caused the weapon to shoot automatically more than one shot, without manual reloading, with a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2). [18 U.S.C. §§ 922(o) and 924(a)(2)].

**FORFEITURE NOTICE**

A. The allegations of all counts are realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of the Federal Rule of Criminal Procedure 32.2 and Title 18, United States Code, Section 924(d).

B. Upon conviction of the firearm offense alleged and set forth above in this Indictment, the defendant, **Gregory D. Gix**, shall forfeit to the United States the following items seized by law enforcement officers:

1) Glock, Model: 19, Caliber 9mm, pistol, with one machinegun-conversion device attached.

C. By virtue of the offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d). [18 U.S.C. § 924(d)].

A TRUE BILL:

*REDACTED*

Grand Jury Foreperson

ALEXANDER C. VAN HOOK
Acting United States Attorney

/s/ Brian Flanagan

BRIAN C. FLANAGAN, LA Bar #35125
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600